[Criminal No. 250. Filed January 25, 1909.]

[99 Pac. 476.]

## C. C. CRAFT, Defendant and Appellant, v. TERRITORY OF ARIZONA, Respondent.

1. CRIMINAL LAW—APPEAL—DISPOSITION OF CAUSE—AFFIRMANCE—FAILURE TO ASSIGN ERROR.—Where no errors were assigned and no appearance was made for accused on appeal, the judgment of conviction will be affirmed, no errors appearing on the face of the record, and the verdict being supported by the evidence.

APPEAL from a judgment of the District Court, Second Judicial District, in and for the County of Cochise. Fletcher M. Doan, Judge. Affirmed.

J. T. Kingsbury, for Appellant.

PER CURIAM.—The appellant was convicted and sentenced for an assault with intent to commit murder. No assignment of errors has been made, nor is there an appearance on behalf of the appellant. No error appears upon the face of the record. The verdict is supported by the evidence. The judgment of the district court is affirmed.

---

[Criminal No. 260. Filed January 25, 1909.]

[99 Pac. 1134.]

## MARTINE PALMA, Defendant and Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from a judgment of the District Court of the Fifth Judicial District, in and for the County of Graham. Frederick S. Nave, Judge. Affirmed.

E. S. Clark, Attorney General, for Territory.

PER CURIAM.—The appellant was convicted in the court below of murder in the second degree. There being no appearance in his behalf in this court, and no brief filed, the case is submitted upon the record. We find no reversible error therein, and the judgment is affirmed.